UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H., et al., | No. 2:22-cv-01844-DAD-DB |
| Plaintiffs, | |
| v. | ORDER APPOINTING GUARIAN AD LITEM |
| CALIFORNIA EXPOSITION & STATE FAIR, et al., | (Doc. No. 4) |
| Defendants. | |

On May 23, 2019, plaintiff Cynthia Martin filed an *ex parte* motion to be appointed guardian ad litem for plaintiff E.H. for purposes of this action. (Doc. No. 4.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Local Rule 202(a) of this court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or

1

incompetent person.  *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court."  *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Plaintiff Martin seeks to be appointed as the guardian ad litem to plaintiff E.H., a minor child.  Plaintiff Martin states that she is the biological mother of plaintiff E.H., that she maintains sole custody of plaintiff E.H., that she is prepared to protect the interests of plaintiff E.H. to the best of her ability, and that she has no conflicts of interest that would prevent her appointment as guardian ad litem of E.H.  (Doc. No. 4-1 at 1.)  Finding good cause, the court grants plaintiff Martin's motion (Doc. No. 4) and appoints plaintiff Cynthia Martin as guardian ad litem of E.H., a minor and plaintiff in this action.

IT IS SO ORDERED.

Dated:  **October 22, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE