Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Attorneys for Plaintiffs
E.H. and CYNTHIA MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.H. and CYNTHIA MARTIN,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CALIFORNIA EXPOSITION & STATE FAIR, CALIFORNIA EXPOSITION & STATE FAIR POLICE DEPARTMENT, and DOE 1 to 10,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-01844-DAD-DB<br><br>**PLAINTIFFS' NOTICE OF MOTION; MOTION FOR APPROVAL OF MINOR'S COMPROMISE**<br><br>Date:　　　　November 21, 2023<br>Time:　　　　1:30 p.m.<br>Location:　　Robert T. Matsui U.S. Courthouse<br>　　　　　　　501 I Street<br>　　　　　　　Sacramento, CA 95814<br>Courtroom:　4 (15th Floor)<br>District Judge:　Hon. Dale A. Drozd |

　　　　PLEASE TAKE NOTICE that, on November 21, 2023, at 1:30 p.m., in Courtroom 4 (15th Floor) of the Robert T. Matsui U.S. Courthouse, 501 I Street Sacramento, CA 95814, before the Honorable District Judge Dale A. Drozd, Plaintiffs E.H. and Cynthia Martin do and will move the Court for an order approving a minor's compromise settlement, pursuant to Local Rule 202.

　　　　The motion is supported by this notice and motion, the accompanying memorandum, the declaration of Mark E. Merin and exhibits, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

1

**PLAINTIFFS' NOTICE OF MOTION; MOTION FOR APPROVAL OF MINOR'S COMPROMISE**
*E.H. v. Cal. Expo. & State Fair*, United States District Court, Eastern District of California, Case No. 2:22-cv-01844-DAD-DB

Plaintiffs' counsel certifies that meet-and-confer efforts have been exhausted, where the parties' counsel agreed that the minor's compromise settlement was contingent upon the Court's approval pursuant to Local Rule 202.

Dated: October 18, 2023                                     Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

  Attorneys for Plaintiffs
  E.H. and CYNTHIA MARTIN

2

**PLAINTIFFS' NOTICE OF MOTION; MOTION FOR APPROVAL OF MINOR'S COMPROMISE**
*E.H. v. Cal. Expo. & State Fair*, United States District Court, Eastern District of California, Case No. 2:22-cv-01844-DAD-DB